IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 AUG 21  PM 2: 05

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

JOSEPH ZENTE,

**Plaintiff,**

-vs-                                                                    Case No.  A-14-CA-029-SS

CREDIT MANAGEMENT, LP,
**Defendant.**

---

### O R D E R

BE IT REMEMBERED on this day the Court re-reviewed the above-styled and numbered cause, and specifically the plaintiff's Limited Motion for Reconsideration [#21], its supplement, and the defendant's response, and the plaintiff's sur-reply, and thereafter, enters the following:

IT IS ORDERED that the Limited Motion for Reconsideration is DENIED. The referral by the undersigned to the Admissions Committee of the Western District of Texas is simply not a referral to a "star chamber" or committee. The committee presumably will investigate the circumstances and obtain the same information now supplied in the motion for reconsideration, which is, of course, contested by opposing counsel. An objective review and recommendation of the Admissions Committee is necessary to maintain the integrity of counsel and this Court. The undersigned has confidence any investigation or inquiry by the Admissions Committee will be fair and objective with the goal that issues alleged in the pleadings in this case will not reappear in this division or this district.

SIGNED this the _21st_ day of August 2014.

_____
UNITED STATES DISTRICT JUDGE